S. BRENT VOGEL
Nevada Bar No. 006858
Brent.Vogel@lewisbrisbois.com
AMANDA J. BROOKHYSER
Nevada Bar No. 11526
Amanda.Brookhyser@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an Individual<br><br>        Plaintiff,<br><br>v.<br><br>Tyler Eastern, LLC DBA<br><br>Hooters on Eastern,<br><br>        Defendant. | Civil Action No: 17-cv-01205-GMN-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

COMES NOW, Defendant TYLER EASTERN, LLC DBA HOOTERS ON EASTERN, by and through its counsel of record LEWIS BRISBOIS BISGAARD & SMITH, and Plaintiff KEVIN ZIMMERMAN, by and through his counsel of record THE WHILCHER FIRM, and hereby stipulate to dismiss all claims currently pending against Defendant in this action with prejudice, each party to bear its own fees and costs.

All deadlines shall be vacated and the case closed.

4848-1510-0241.1

Dated this 11th day of October, 2017

THE WILCHER LAW FIRM

/s/ Whitney Wilcher_____
Whitney C. Wilcher, Esq.
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

Dated this 11th day of October, 2017

LEWIS BRISBOIS BISGAARD & SMITH

/s/ S. Brent Vogel_____
S. BRENT VOGEL
Nevada Bar No. 006858
AMANDA J. BROOKHYSER
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

## ORDER

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that all claims currently pending against Defendant in this action are dismissed with prejudice, each party to bear its own fees and costs. All deadlines shall be vacated and the case closed.

DATED this ___13___ day of October, 2017.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRCT COURT

Respectfully Submitted By:

LEWIS BRISBOIS BISGAARD & SMITH

_____/s/ S. Brent Vogel_____
S. BRENT VOGEL
Nevada Bar No. 006858
AMANDA J. BROOKHYSER
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*